**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| THE CITY OF PITTSBURGH, | : | No. 410 WAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| OPENPITTSBURGH.ORG; AND COUNTY | : | |
| OF ALLEGHENY, DEPARTMENT OF | : | |
| ADMINISTRATIVE SERVICES, | : | |
| ELECTION DIVISION, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.